UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEVERIANO MARTINEZ and
JOSE ZACARIAS,
*on behalf of themselves and*
*FLSA Collective Plaintiffs,*

        Plaintiffs,

v.

JOSHES NOSHES, INC. d/b/a
EISENBERG'S SANDWICH SHOP and
JOSHUA KONECKY,

        Defendants.

Case No.: 16-cv-8175 (ALC)

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiffs, SEVERIANO MARTINEZ and JOSE ZACARIAS, are hereby dismissed without prejudice, in their entirety, as against the Defendants, JOSHES NOSHES, INC. d/b/a EISENBERG'S SANDWICH SHOP and JOSHUA KONECKY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: February 21, 2017
       New York, New York

                              Lee Litigation Group, PLLC
                              30 East 39th Street, Second Floor
                              New York, NY 10016
                              Tel.: (212) 661-0052

                              Anne Seelig, Esq. (AS 7976)

SO ORDERED: /s/ Andrew L. Carter
_____
        U.S.D.J
2/22/2017
                      JS